1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
   San Diego, California  92101
3  Tel:   619-723-7071
   Fax:  866-575-7413
4

5  Attorneys for Plaintiff
   MOTI KOKA
6

7

8

9                              **UNITED STATES DISTRICT COURT**

10                          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11

12

13  MOTI KOKA                                   ) Case No.:   C13-3930 NC
                                                )
14          Plaintiff,                          )
                                                )
15      v.                                      ) **[PROPOSED] ORDER GRANTING**
                                                ) **STIPULATED REQUEST FOR ORDER**
16  BANK OF AMERICA, NATIONAL                   ) **CHANGING DATE OF CASE**
    ASSOCIATION, MORTGAGE                       ) **MANAGEMENT CONFERENCE**
17  ELECTRONIC REGISTRATION SYSTEMS,            ) **PURSUANT TO  CIVIL LOCAL**
    INC. AND  HSBC BANK USA, NATIONAL           ) **RULE 6-2** AS MODIFIED
18  ASSOCIATION AS TRUSTEE FOR                  )
    MERRILL LYNCH ALTERNATIVE LOAN              )
19  TRUST 2007-AF1 MORTGAGE PASS                )
    THROUGH CERTIFICATES, SERIES 2007-          )
20  AF1                                         )
                                                )
21          Defendant(s).                       )
                                                )
22                                              )
                                                )
23

24  //
    //
25  //
    //
26  //
    //
27  //
    //
28

---

*Koka v. Bank of America,, N.A., et al.*              [Proposed] Order Granting Stipulated Request

1
2  The Court, having reviewed the parties' Stipulated Request for Order Changing Date of Case
3  Management Conference Pursuant to Civil Local Rule 6-2 and accompanying Declaration of Good
4  Cause,
5  PURSUANT TO STIPULATION, IT IS SO ORDERED.
6     The case management conference is scheduled for December 18, 2013 at 10:00 a.m. A joint
7  case management statement is due December 11, 2013. The parties must file a consent or declination
8  to proceed before a magistrate judge no later than November 22, 2013.
9
10  Dated: November __8__, 2013          _____
                                        United States District Judge



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins