1  Charles T. Marshall, Esquire (SBN 176091)
   Law Offices of Charles T. Marshall
2  415 Laurel Street, # 405
   San Diego, California  92101
3  Tel:  619-723-7071
   Fax:  866-575-7413
4

5  Attorneys for Plaintiff
   MOTI KOKA
6

7

8

9                    UNITED STATES DISTRICT COURT

10          FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12

13  MOTI KOKA                           )  Case No.:   C13-3930 NC
                                        )
14          Plaintiff,                  )
                                        )
15      v.                              )  [~~PROPOSED~~] ORDER GRANTING
                                        )  STIPULATED REQUEST FOR ORDER
16  BANK OF AMERICA, NATIONAL           )  EXTENDING TIME FOR PLAINTIFF TO
    ASSOCIATION, MORTGAGE               )  FILE A SUPPLEMENTAL OPPOSITION
17  ELECTRONIC REGISTRATION SYSTEMS, )  BRIEF
    INC. AND  HSBC BANK USA, NATIONAL )
18  ASSOCIATION AS TRUSTEE FOR          )
    MERRILL LYNCH ALTERNATIVE LOAN )
19  TRUST 2007-AF1 MORTGAGE PASS        )
    THROUGH CERTIFICATES, SERIES 2007- )
20  AF1                                 )
                                        )
21                                      )
            Defendant(s).               )
22                                      )
                                        )
23                                      )

24  //
    //
25  //
    //
26  //
    //
27  //
    //
28  //

_Koka v. Bank of America,, N.A., et al._          [Proposed] Order Granting Stipulated Request

1

2   The Court, having reviewed the parties' Stipulated Request for Order Extending Time for Plaintiff

3   to File a Supplemental Opposition Brief and Declaration of Good Cause,

4   PURSUANT TO STIPULATION, IT IS SO ORDERED.

5

6

7

8
    Dated:  February _4_ , 2014             _____
9                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28